IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 195

| | |
|---|---|
| MICHAEL H. and WANDA HOUCK, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| RAPAC, L.P., RING CORPORATION, ) | |
| EZFLOW, L.P., and WAVERN L. ) | |
| GARNER, ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court on Betsy Cook Lanzen's Application for Admission to Practice *Pro Hac Vice* of Mitchell G. Stockwell. It appearing that Mitchell G. Stockwell is a member in good standing with the Georgia Bar and will be appearing with Betsy Cook Lanzen, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Betsy Cook Lanzen's Application for Admission to Practice *Pro Hac Vice* (#14) of Mitchell G. Stockwell is **GRANTED**, and that Mitchell G. Stockwell is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Betsy Cook Lanzen.

Signed: October 31, 2011

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge