# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:2011-CV-00195

| | |
|---|---|
| MICHAEL H. and WANDA HOUCK,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>RAPAC, L.P., RING CORPORATION,  )<br>EZFLOW, L.P., and WAVERN L.  )<br>GARNER,  )<br>)<br>Defendants,  )<br>)<br>) | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Michael H. and Wanda Houck and Defendants RAPAC, L.P., Ring Corporation, EZFlow, L.P., and Wavern L. Garner, hereby stipulate to the dismissal of the complaint with prejudice, with each party to bear their own costs and attorneys' fees.

This 28th day of November 2011.

| | |
|---|---|
| /s/Brian D. Gulden<br>Brian D. Gulden<br>PO Box 7625<br>Asheville, NC 28802<br>Telephone: 828-255-7641<br>Facsimile: 828-258-9222<br>Email: bdg@psrmlaw.com<br><br>*Attorney for Plaintiffs* | /s/ Betsy Cook Lanzen<br>Mitchell G. Stockwell<br>Georgia Bar No. 682912<br>Admitted *Pro Hac Vice*<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>Suite 2800<br>1100 Peachtree Street<br>Atlanta, GA 30309-4530<br>Telephone: (404) 815-6500<br>Fax: (404) 815-6555 |

US2008 3045727.2

|  | Betsy Cook Lanzen<br>North Carolina Bar No. 25353<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>4208 Six Forks Road, Suite 1400<br>Raleigh, NC  27609<br>Telephone:  (919) 420-1700<br>Facsimile:  (919) 420-1800<br>Email:  blanzen@kilpatricktownsend.com<br><br>*Attorneys for Defendants* |
|---|---|

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:2011-CV-00195

| | |
|---|---|
| MICHAEL H. and WANDA HOUCK, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| RAPAC, L.P., RING CORPORATION, EZFLOW, L.P., and WAVERN L. GARNER, | ) ) ) |
| | ) |
| Defendants, | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed electronically using the CM/ECF system to the following:

>Brian D. Gulden
>P.O. Box 7625
>Asheville, NC 28802
>828-255-7641
>Fax: 828-258-9222
>Email: bdg@psrmlaw.com
>Attorney for Plaintiffs

>/s/Betsy Cook Lanzen
>Betsy Cook Lanzen

KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609

US2008 3045727.2